KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RACHEL FELIX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>    v.<br><br>ALDO ARELLANO, AND<br>RACHEL FELIX.<br><br>               Defendant. | ) No. 2:17-CR-00222-TLN<br>)<br>) STIPULATION CONTINUING STATUS<br>) CONFERENCE AND EXCLUDABLE TIME;<br>) PERIODS UNDER SPEEDY TRIAL ACT;<br>) FINDINGS AND ORDER<br>)<br>) Date: October 24, 2019<br>) Time: 9:30 a.m.<br>) Court: Hon. Troy L. Nunley<br>) |

STIPULATION

1. By previous order, this matter was set for status on September 26, 2019.

2. By this stipulation, defendants now move to continue the status conference until October 24, 2019, at 9:30 a.m., and to exclude time between September 26, 2019 and October 24, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case is over 14,000 pages and several hours of recorded telephone conversations.

-1-

All of the discovery has been provided directly to counsel.

b. Counsel for defendants desire additional time to review and copy discovery, consult with their clients, and generally prepare for trial.

c. Counsel for defendants are also finishing investigation and compilation of mitigation materials relevant to possible resolutions in this matter.

d. Counsel is requesting a short continuance to finish researching legal issues, investigation and discussions with their clients regarding possible defenses. In addition, counsel is continuing ongoing discussions with the government about possible resolutions in this case.

e. Counsel for defendants believe that the failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government does not object to the continuance.

g. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2019, to October 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 24, 2019         Respectfully submitted,

                                  /s/ Justin Lee
                                  JUSTIN LEE
                                  Assistant U.S. Attorney

Dated: September 24, 2019         /s/ Shari Rusk
                                  SHARI RUSK
                                  Attorney for Aldo Arellano

Dated: September 24, 2019         /s/ Kelly Babineau
                                  KELLY BABINEAU
                                  Attorney for Rachel Felix

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of September, 2019.

_____
Troy L. Nunley
United States District Judge