**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
ALDO ARELLANO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:17-CR-222 TLN |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REQUESTING COURT ORDER A PRE-PLEA PRE-SENTENCE REPORT** |
| ALDO ARELLANO, | |
| Defendant. | |

    The United States, by and through Assistant United States Attorney Justin Lee, and defendant, Aldo Arellano, by and through undersigned counsel, hereby request that this court order a pre-plea presentence report in this matter.  The defendant has a complicated criminal history that defies easy categorization.  If he is deemed a career offender his minimum guideline range is 262 - 327 months. The parties believe that a pre-plea pre-sentence report will enable them to resolve this matter, avoiding a trial.  Therefore, the parties stipulate and agree that a pre-plea pre-sentence report is appropriate and necessary under these circumstances.

Dated: February 26, 2021                    /s Shari Rusk
                                            Attorney for Defendant
                                            Aldo Arellano



                                            s/ Justin Lee
                                            Assistant United States Attorney


**IS IT SO ORDERED**:

DATED: February 26, 2021
                                            _____
                                            Troy L. Nunley
                                            United States District Judge