SHARI RUSK, Bar No. 170313
Attorney at Law
PO BOX 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
rusklaw@att.net

Attorney for Defendant
ALDO ARELLANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:17-CR-00222-TLN |
|---|---|
| Plaintiff, | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| ALDO ARELLANO, | |
| Defendant. | |

Upon application of the defendant ALDO ARELLANO, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibit A to defendant's AUGUST 30, 2023 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated:  September 1, 2023

Troy L. Nunley
United States District Judge