```
PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00222-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |
| v. | DATE: |
| ALDO ARELLANO, | TIME: |
| Defendant. | COURT: Hon. Troy L. Nunley |

### STIPULATION TO SET BRIEFING SCHEDULE

On August 30, 2023, the defendant filed a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i). ECF 132. By this stipulation, the parties jointly request that the Court set the following briefing schedule:

1. The United States's response shall be filed by September 20.

2. The defendant's reply shall be filed by October 4.

IT IS SO STIPULATED.

///

///

///

///

///

Dated: September 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: September 6, 2023

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
Aldo Arellano

## ORDER

Based on the request of the parties, the Court adopts the following briefing schedule. The United States shall file its response to the defendant's motion by September 20, 2023. The defendant shall file any reply by October 4, 2023.

IT IS SO ORDERED this 6th day of September, 2023.

Troy L. Nunley
United States District Judge