**FILED**
December 5, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>ALDO ARELLANO,<br><br>        Defendant. | Case No.  2:17-CR-00222-02-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALDO ARELLANO, Case No. 2:17-CR-00222-02-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

           _____   Unsecured Appearance Bond $ _____

           _____   Appearance Bond with 10% Deposit

           _____   Appearance Bond with Surety

           _____   Corporate Surety Bail Bond

           __X__   (Other): TIME SERVED.

Issued at Sacramento, California on December 5, 2024.

By: _____

Chief District Judge Troy L. Nunley